FILED
CLERK, U.S. DISTRICT COURT

Mar 22, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_PMC\_\_\_\_\_ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, DAVID STILWELL, Trustee, RAYMOND C. NANN, Trustee, and LARRY T. SMITH, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMAND SECURITY CORPORATION, a New York corporation, dba AVIATION SAFEGUARDS<br><br>Defendants. | CASE NO. CV 12-10967 SVW<br><br>JUDGMENT |

This Court having granted the motion of Plaintiffs California Service Employees Health & Welfare Trust Fund, et al. for summary judgment on the issue of the delinquent February 2011 contributions, liquidated damages, interest, attorneys' fees and costs, against Defendant Command Security Corporation dba

-1-

JUDGMENT
CASE NO. CV 12-10967 SVW

1 Aviation Safeguards, and also having entered its order pursuant to the parties'
2 Stipulation Re Plaintiffs' Motion for Attorneys' Fees and Costs,
3     It is hereby ORDERED, ADJUDGED AND DECREED that judgment be
4 entered in favor of Plaintiffs and against Defendant as follows:
5     A money judgment is hereby given in favor of Plaintiffs and against
6 Defendant in the amount of $143,288.77, plus additional daily amounts of $14.27
7 per day for interest and $14.27 per day for liquidated damages, from March 7, 2016
8 until judgment is entered, itemized as follows:
9     1.   $52,080 for unpaid delinquent contributions for the work month of
10 February 2011;
11    2.   Interest thereon in the amount of $18,008.74 through September 2,
12 2014, plus interest at $14.27 per day from September 3, 2014 through March 7,
13 2016 in the amount of $7,848.50 (550 days x $14.27 per day), totaling $25,857.24
14 through March 7, 2016, and continuing at the daily rate from March 7, 2016 until
15 the date judgment is entered;
16    3.   Liquidated damages in the amount of accrued interest of $25,857.24,
17 and continuing at the daily rate from March 7, 2016 until the date judgment is
18 entered;
19    4.   Attorneys' fees in the amount of $38,000.00 allocated to Plaintiffs'
20 claim to recover the February 2011 contributions; and
21    5.   Costs in the amount of $1,494.29 00 allocated to Plaintiffs' claim to
22 recover the February 2011 contributions.

Dated: March 22, 2016

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE